[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 259.]

**NORTHFIELD HOMES, INC., APPELLANT, *v.* VILLAGE OF NORTHFIELD, APPELLEE.**

**[Cite as *Northfield Homes, Inc. v. Northfield*, 1998-Ohio-468.]**

*Municipal corporations—Zoning—Zoning regulation presumed to be constitutional, when—Appropriate test for constitutional challenge to a zoning regulation.*

(No. 97-2531—Submitted February 18, 1998—Decided March 11, 1998.)

APPEAL from the Court of Appeals for Summit County, No. 18296.

————————————

*Kenneth J. Fisher Co., L.P.A., Kenneth J. Fisher* and *Robert G. Mansour; Williams & Batchelder* and *William G. Batchelder III*, for appellant.

*Joseph W. Diemert*, *Jr.,* Director of Law, and *Bradric T. Bryan*, Assistant Director of Law, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Goldberg Cos., Inc. v. Richmond Hts. City Council* (1998), 81 Ohio St.3d 207, 690 N.E.2d 510, decided today.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.

————————————